COMMONWEALTH of Pennsylvania,
Respondent

v.

Angel APONTE, Petitioner

No. 140 EAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

Hakif NAMANI, Petitioner

v.

BEZARK, LERNER & DEVIRGILIS,
P.C. and Stuart Winegrad,
Esquire, Respondents

No. 49 EAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronald CHAVIS, Petitioner

No. 78 EAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ernest H. PRIOVOLOS, Petitioner

No. 219 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.